**GARY BRICKWOOD, State Bar No. 94892**
**RODNEY M. BLACO, State Bar No. 212139**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendant,
COUNTY OF SHASTA, TOM BOSENKO,
OFFICER WESTMORELAND, OFFICER HENDERSHOT,
OFFICER GALINDO, OFFICER ABERNATHY and
CAPTAIN DON VAN BUSKIRK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE YEADON, | NO. 2:08-CV-03003 LKK KJM |
| Plaintiff, | **STIPULATION AND REQUEST FOR PROTECTIVE ORDER** |
| vs. | |
| SHASTA COUNTY JAIL, SHERIFF TOM BOSENKO, PRISON HEALTH SERVICES LLP, OFFICER WESTMORELAND, OFFICER HENDERSHOT, OFFICER GALINDO, OFFICER ABERTNATHY, and Does I through XX | |
| Defendants. | |

The parties have stipulated and request that the Court enter a Protective Order.

Plaintiff, Dale Yeadon has requested discovery of certain materials contained in the personnel files of the individual defendants which includes:

1. Performance evaluations of defendants Westmoreland, Hendershot, Abernathy and Van Buskirk for the five years preceding July 27, 2007.

2. Performance evaluations of defendant Galindo from July 27, 2002 through the date his employment with the County of Shasta ended.

**STIPULATION AND REQUEST FOR PROTECTIVE ORDER** 1

3. Documents pertaining to disciplinary action involving defendants Westmoreland, Hendershot, Abernathy and Van Buskirk arising out of their supervision or interaction with Jail inmates for the five years preceding July 27, 2007.

4. Documents pertaining to disciplinary action involving defendant Galindo arising out of his supervision or interaction with Jail inmates from July 27, 2002 through the date his employment with the County of Shasta ended.

5. Copies of any complaints of abuse or threats by defendants Westmoreland, Hendershot, Galindo, Abernathy and Van Buskirk towards inmates for the five years preceding July 27, 2007.

6. Copies of any complaints of abuse or threats by defendant Galindo towards inmates from July 27, 2002 through the date his employment with the County of Shasta ended.

Defendants have agreed to produce copies of the listed documents on the condition that the disclosure shall be subject to a protective order that plaintiff shall not distribute the documents or the information they contain to anyone other than their experts and shall return the materials upon the conclusion of this lawsuit as more fully set forth in the Protective Order.

The parties hereby stipulate that the Court may enter the attached Protective Order.

DATED: September 21, 2009.             BRICKWOOD LAW OFFICE

                                       /s/ Rodney M. Blaco
                                       RODNEY M. BLACO
                                       Attorney for Defendants

**STIPULATION AND REQUEST FOR PROTECTIVE ORDER**                          2

DATED: September 15, 2009.               KUMIN SOMMERS LLP

/s/ Amanda Bruss
AMANDA BRUSS
Attorney for Plaintiff

**PROTECTIVE ORDER**

The Court has reviewed the Stipulation for Protective Order and good cause appearing makes the following Order:

IT IS ORDERED:

To plaintiff Dale Yeadon, your agents, employees, attorneys and anyone acting on your behalf, YOU ARE ORDERED AS FOLLOWS:

1. You may not copy, duplicate or reproduce any part of the documents produced from defendants' personnel files in response to plaintiff's Request for Production of Documents and Things Set No. One, specifically including:

- Performance evaluations of defendants Westmoreland, Hendershot, Abernathy and Van Buskirk for the five years preceding July 27, 2007;
- Performance evaluations of defendant Galindo from July 27, 2002 through the date his employment with the County of Shasta ended;
- Documents pertaining to disciplinary action involving defendants Westmoreland, Hendershot, Abernathy and Van Buskirk arising out of their supervision or interaction with Jail inmates for the five years preceding July 27, 2007;
- Documents pertaining to disciplinary action involving defendant Galindo arising out of his supervision or interaction with Jail inmates from July 27, 2002 through

**STIPULATION AND REQUEST FOR PROTECTIVE ORDER**                              3

1         the date his employment with the County of Shasta ended;
2   -   Copies of any complaints of abuse or threats by defendants
3         Westmoreland, Hendershot, Galindo, Abernathy and Van
4         Buskirk towards inmates for the five years preceding July
5         27, 2007; and,
6   -   Copies of any complaints of abuse or threats by defendant
7         Galindo towards inmates from July 27, 2002 through the date
8         his employment with the County of Shasta ended;
9 except as necessary to exchange information between the parties to
10 these proceedings, their attorneys or their respective experts during
11 the pendency of this case, for use by the parties at trial and for no
12 other purpose.
13     2.   You may not convey, transfer, publish or distribute the
14 documents or information contained in these documents or authorize
15 another to do so except between the parties to the proceedings, their
16 attorneys or their respective experts during the pendency of this case
17 and for use by the parties at trial.
18     YOU ARE FURTHER ORDERED to return all copies of the documents
19 provided to you at the final conclusion of the present proceeding to
20 the attorney for the County of Shasta in this action, Gary Brickwood,
21 Brickwood Law Office, 1135 Pine Street, Suite 210, Redding,
22 California, 96001.
23 DATED: September 24, 2009.

                                                U.S. MAGISTRATE JUDGE

**STIPULATION AND REQUEST FOR PROTECTIVE ORDER**     4