KUMIN SOMMERS LLP
MATTHEW KUMIN, CSB # 177561
SAMANTHA R. NILSEN, CSB # 264919
870 Market Street Suite 428
San Francisco, CA  94102
Tel:  (415) 434-4500
Fax:  (415) 434-8453

Attorneys for Plaintiff
DALE YEADON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE YEADON<br><br>            Plaintiff,<br><br>     v.<br><br>SHASTA COUNTY JAIL, SHERIFF TOM BOSENKO, PRISON HEALTH SERVICES LLP, OFFICER WESTMORELAND, OFFICER HENDERSHOT, OFFICER GALINDO, OFFICER ABERTNATHY, and CAPTAIN DON VAN BUSKIRK, and Does I through XX<br><br>            Defendants. | No. 2:08-CV-03003 LKK KJM<br><br>STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PURSUANT TO FRCP 41<br><br><br>Date:  September 16, 2010<br>Time: 10:00 a.m.<br>Courtroom: 26 |

WHEREAS, in May and June 2010, Plaintiff Dale Yeadon and all Defendants agreed to fully settle the instant action;

WHEREAS, the Parties subsequently entered into a settlement and executed settlement agreements resolving all of Plaintiff's claims against Defendants.

NOW THEREFORE, the Parties hereby jointly and respectfully request that the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1), discontinue and dismiss with prejudice the above-titled action as to all parties, with each party bearing his or its own costs fees and costs, except as provided for in the Settlement Agreements.

//

1

1

2  Dated:   July 7, 2010                              KUMIN SOMMERS LLP

3

4                                                     ____//s//_____
5                                                     Samantha R. Nilsen
                                                      Attorney for Plaintiff, DALE YEADON
6

7  Dated:   July 7, 2010                              BRICKWOOD LAW OFFICE

8

9                                                     ____//s// (filed with permission)_____
                                                      Gary Brickwood
10                                                    Attorney for Defendants, SHASTA COUNTY,
                                                      SHERIFF TOM BOSENKO, OFFICER
11                                                    WESTMORELAND, OFFICER HENDERSHOT,
12                                                    OFFICER GALINDO, OFFICER ABERNATHY,
                                                      OFFICER DON VAN BUSKIRK
13

14 Dated:   July 7, 2010                              LAW OFFICES OF NANCY E. HUDGINS

15

16
                                                      ____//s// (filed with permission)_____
17                                                    Matthew M. Grigg
                                                      Attorney for Defendant PRISON HEALTH
18                                                    SERVICES, INC.

19

20

21

22

23

24

25

26

27

28

YEADON v CITY OF REDDING, ET AL.                    No. 2:08-CV-03003 LKK KJM
Stipulation and [Proposed] Order for Dismissal of Complaint with Prejudice Pursuant to FRCP 41

# ORDER

Having been advised by the parties that settlements were entered into, pursuant to which Mr. Yeadon has agreed to release all claims in exchange for valuable consideration, the matter of Yeadon v. Shasta County Jail et al., United States District Court, Eastern District of California, Case No. 2:08-CV-03003 LKK KJM, is, by reason of the settlement, hereby dismissed with prejudice in its entirety as to all parties.

**IT IS SO ORDERED.**

Dated:  July 14, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

YEADON v CITY OF REDDING, ET AL.                              No. 2:08-CV-03003 LKK KJM
Stipulation and [Proposed] Order for Dismissal of Complaint with Prejudice Pursuant to FRCP 41